**Dismissed and Memorandum Opinion filed January 9, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-01042-CR

### EDWARD LEWIS HALEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 179th District Court
Harris County, Texas
Trial Court Cause No. 1386971**

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to burglary of a building with intent to commit theft. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on October 24, 2013, to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Wise.
Do Not Publish —Tex. R. App. P. 47.2(b).